■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD MILLER, Appellant. [656 NYS2d 919] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Vaughn, J.), rendered February 15, 1995, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing (Lipp, J.), of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

Appellate review of the issue raised by the defendant was effectively waived by him as part of his plea agreement (*see, People v Callahan,* 80 NY2d 273; *People v Williams,* 36 NY2d 829, *cert denied* 423 US 873). Mangano, P. J., O'Brien, Thompson and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO MORALES, Appellant. [656 NYS2d 919] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 4, 1991 (*People v Morales,* 177 AD2d 516), affirming a judgment of the Supreme Court, Kings County, rendered February 9, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Ritter and Sullivan, JJ., concur.